**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ANTONIO SANCHEZ BROWN**                                            **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 4:09-cv-53-HTW-LRA**

**BILL SOLLIE, PHILLIP FRAZIER
AND UNKNOWN COOKS**                                           **DEFENDANTS**

<u>ORDER</u>

Upon consideration of the conditions of confinement complaint filed pursuant to 42 U.S.C. § 1983 by the Plaintiff in the above entitled action, and having liberally construed said complaint, the Court concludes that additional information is needed from the Plaintiff.

It is unclear to the Court whether the Plaintiff intends to name Antonio S. Brown as a Defendant in this action. This Court directs the Plaintiff to clarify if it is his intent to name additional Defendants in this action. Accordingly, it is hereby,

ORDERED:

1. That on or before June 24, 2009, Plaintiff shall file a written response to:

(a) specifically state if the Plaintiff is naming Antonio S. Brown as a Defendant in this cause, if so, specifically state how Antonio S. Brown violated Plaintiff's constitutional rights;

(b) Plaintiff is directed to provide the full name(s) of Defendant Unknown Cooks;

(c) specifically state if Plaintiff has experienced any more difficulties digesting the food at the Lauderdale County Detention Facility since February 18, 2009; and

(d) specifically state if Plaintiff has complained about having difficulties digesting the food to any officials at Lauderdale County Detention Facility, if so, specifically state the nature of the request and what response was given to such request.

2. **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and**

**contumacious act by the Plaintiff and will result in this cause being dismissed without further notice to the Plaintiff.**

      3. That the Clerk of Court is directed to mail a copy of this order to the Plaintiff at his last known address.

      THIS the   4th   day of June, 2009.

                                  s/ Linda R. Anderson
                                  UNITED STATES MAGISTRATE JUDGE